# Exhibit 3



# Notice of Service of Process

**CHS / ALL**
**Transmittal Number: 20273646**
**Date Processed: 08/21/2019**

| | |
|---|---|
| **Primary Contact:** | Ms. Mona Cohen<br>Assurant<br>11222 Quail Roost Drive<br>Miami, FL 33157-6596 |
| **Entity:** | American Security Insurance Company<br>Entity ID Number  1874436 |
| **Entity Served:** | American Security Insurance Company |
| **Title of Action:** | Milagro Monzon vs. American Security Insurance Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Miami-Dade County Circuit Court, FL |
| **Case/Reference No:** | 2019-023812-CA-01 |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 08/20/2019 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | FL Chief Financial Officer on 08/19/2019 |
| **How Served:** | Electronic SOP |
| **Sender Information:** | Gregory Saldamando<br>786-430-0882 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

| | |
|---|---|
| MILAGRO MONZON AND LEONARDO MONZON AS THIRD PARTY BENEFICIARY | CASE #: 2019-023812-CA-01<br>COURT: CIRCUIT COURT<br>COUNTY: MIAMI-DADE |
| PLAINTIFF(S) | DFS-SOP #: 19-000218170 |

VS.

AMERICAN SECURITY INSURANCE COMPANY

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Monday, August 19, 2019 and a copy was forwarded by ELECTRONIC DELIVERY on Tuesday, August 20, 2019 to the designated agent for the named entity as shown below.

AMERICAN SECURITY INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis
Chief Financial Officer

SCOT STREMS
CHIEF OPERATING OFFICER
THE STREMS LAW FIRM, P.A.
2555 PONCE DE LEON BLVD.
SUITE 210
CORAL GABLES, FL 33134

DKG

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL DIVISION

CASE NO: 2019-023812-CA-01

MILAGRO MONZON AND LEONARDO MONZON,

        Plaintiff(s),

vs.

AMERICAN SECURITY INSURANCE COMPANY,

        Defendant.

_____/ **CIVIL ACTION SUMMONS**

RECEIVED AS STATUTORY REGISTERED AGENT on 19 August, 2019 and served on defendant or named party on 20 August, 2019 by the Florida Department of Financial Services

**STATE OF FLORIDA:**
To Each Sheriff of Said State:
**YOU ARE HEREBY COMMANDED** to serve this summons and a copy of the complaint or petition in this action on Defendants:

**AMERICAN SECURITY INSURANCE COMPANY**
c/o **Department of Financial Services**
**PO Box 6200**
**200 Gaines Street**
**Tallahassee, FL 32314-6200**

Each Defendant is required to serve written defenses to the complaint or petition on Plaintiff's Attorney, to-wit:

**GREGORY SALDAMANDO, ESQUIRE**
2525 Ponce de Leon Boulevard, Suite 600 Coral Gables, Florida 33134
(786) 430-0882; (305) 459-1589(fax)
E-Service: pleadings@stremslaw.com  team1@stremslaw.com

within twenty (20) days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

**DATED** on ___8/14/2019_____.

                              HARVEY RUVIN,
                              As Clerk of said Court

                          By: _____
                               As Deputy Clerk

                              (Court Seal)

**IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL DIVISION:
CASE NO.:**

MILAGRO MONZON AND LEONARDO MONZON
As Third Party Beneficiary,

       Plaintiff,

-vs-

AMERICAN SECURITY INSURANCE COMPANY,

       Defendant.
_____/

**C O M P L A I N T**

    **COMES NOW** the Plaintiff, MILAGRO MONZON AND LEONARDO MONZON, by and through their undersigned counsel, and sue the Defendant, AMERICAN SECURITY INSURANCE COMPANY, and would allege as follows:

**GENERAL ALLEGATIONS**

    1.    This is an action for damages greater than the sum of FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of interest, costs and attorney's fees, and otherwise within the jurisdictional limits of this Court.

    2.    At all times material hereto, Defendant, AMERICAN SECURITY INSURANCE COMPANY, is a Florida corporation authorized and doing business in Broward County, Florida.

    3.    This is a cause of action for third-party beneficiary breach of contract.

4. At all times material hereto, Plaintiff, MILAGRO MONZON AND LEONARDO MONZON, owns the property insured by Defendant located at 5035 E 1ST AVENUE, , HIALEAH, FL, 33013 MIAMI-DADE County, Florida, which was subject to a mortgage.

5. The Defendant is an insurance company that issued a policy of insurance to the Plaintiff's mortgage which covered the property owned by the Plaintiff for Hurricane, and although the policy does not refer to the Plaintiff as an Insured, the Plaintiff was charged for the policy's premiums.

6. On or about 9/10/2017, the property owned by the Plaintiff and insured by the Defendant, suffered a covered loss to the insured residence in the form of direct physical damage to the dwelling.

7. Within a reasonable time after the loss, Plaintiff notified Defendant of the loss sustained, provided Defendant with all the details surrounding the loss and allowed Defendant to study and inspect the property, thus fully complying will all provisions of the insurance policy relating to giving notice of the loss and cooperating in the investigation of the loss.

8. Defendant acknowledged receipt for the Loss as claim number 00102276174 and assigned an insurance adjuster to adjust the Loss.

9. Plaintiff provided Defendant with a damage estimate for a covered loss in the amount of $110,195.30.

10. Defendant acknowledged coverage of the loss, however, rejected the total amount of damages.

11. Accordingly, the Defendant inspected the insured property and tendered a payment of insurance proceeds to the mortgage and to the Plaintiff. However, after diligent inspection of the Loss, it was obvious that the property sustained damage greater than the damages acknowledged by the Defendant.

12. The mortgagee of the Plaintiff's property has refused to pursue the insurance claim, repair the property as provided for in the mortgage, or otherwise insist that the Defendant restore and repair the Plaintiff's property as provided for in the policy of insurance.

13. The Defendant's conduct constitutes a breach of contract of insurance.

14. The Plaintiff, as the owner of the home at all times material, has an insurable interest in the safety or preservation of the home at the time of loss, which may be enforced by the property owner, even though no policy of insurance is possessed in his name and has third-party beneficiary standing to enforce the provisions of the policy of insurance on the property.

15. The policy provides coverage for direct physical loss to the Plaintiff's property due to Hurricane mentioned herein.

16. Plaintiff sustained unpaid damages for a covered loss under the Defendant's policy of insurance.

17. As a result of Defendant's breach of contract, Plaintiff sustained damage to the insured property.

18. Defendant refuses to honor its contractual obligations and pay for the covered loss.

WHEREFORE, Plaintiff demands judgment against Defendant, plus costs and prejudgment interest.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues so triable.

## DESIGNATION OF E-MAIL ADDRESS PURSUANT TO RULE 2.516

Pursuant to Florida Rule of Judicial Administration 2.516, Plaintiff hereby files its notice of designation of email address for the purpose of service of all documents required to be served in this proceeding: **pleadings@stremslaw.com   team1@stremslaw.com**

**DATED** this August 12, 2019.

Respectfully submitted,
**STREMS LAW FIRM**
Attorney for Plaintiff
2525 Ponce de Leon Boulevard, Suite 600
Coral Gables, Florida 33134
Telephone: (786) 430-0882
Direct Line: (786) 475-3099
Facsimile: (305) 459-1589
Primary E-Service: pleadings@stremslaw.com
Secondary E-Service: team1@stremslaw.com
Email: gregory@stremslaw.com
By: */S/ GREGORY SALDAMANDO*
**GREGORY SALDAMANDO, ESQUIRE**
**FLORIDA BAR NO.: 44896**
**FLORIDA BAR NO.: 42524**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 2019-023812-CA-01

MILAGRO MONZON AND LEONARDO MONZON, as Third Party Beneficiary,

    Plaintiffs,

vs.

AMERICAN SECURITY INSURANCE COMPANY,

    Defendant.

**NOTICE OF APPEARANCE FOR DEFENDANT, EMAIL DESIGNATION AND REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

PLEASE TAKE NOTICE that the undersigned attorney is entering appearance as counsel for Defendant, American Security Insurance Company, and that all pleadings, announcements, papers and court documentation are to be served upon the undersigned in his capacity as attorney for Defendant. Contemporaneously with and through this Notice, American Security requests an additional thirty (30) days to respond to the Complaint. No party will be prejudiced by this requested extension.

Respectfully Submitted,

GREENBERG TRAURIG, P.A.
*Attorneys for Defendant*
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Phone: (954) 765-0500
Facsimile: (954) 765-1477

Email Designations:
Primary:     greenberga@gtlaw.com
Secondary:   smithl@gtlaw.com
Secondary:   flservice@gtlaw.com

Primary:     ramosan@gtlaw.com

ACTIVE 45525735v1

CASE NO. 2019-023812-CA-01

Secondary:	blackburnm@gtlaw.com
Secondary:	flservice@gtlaw.com

By: */s/ Andrea M. Ramos*
ALAINE S. GREENBERG
Florida Bar No. 699349
ANDREA M. RAMOS
Florida Bar No. 118866

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on September 12th, 2019, the foregoing document was electronically filed with the Clerk of Court via the Florida E-Filing Portal, which shall cause a copy to be served via electronic filing to the following: Gregory Saldamando, Esquire Strems Law Firm, 2525 Ponce de Leon Blvd., Suite 600, Coral Gables, FL 33134 (pleadings@stremslaw.com; team1@stremslaw.com).

*/s/ Andrea M. Ramos*
ANDREA M. RAMOS

2